

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | 4: 05 CR - 3089 |
| Plaintiff, | § § | |
| v. | § § § | ORDER ON |
| KARL ROBINSON, | § § | MOTION TO SEAL |
| Defendant. | § § | |

The ends of justice served by temporarily sealing the Defendant's Brief in Support of Motion to Continue Trial outweigh the best interest of the public in the Brief being accessible as public record. Failure to grant such a order would likely result in a miscarriage of justice and/or possibly place the Defendant in harm's way, filed by Defense Counsel after communication with Government Counsel, Sara Fullerton.

**IT THEREFORE IS ORDERED** that the Brief in Support of the Motion to Continue the Trial, filing # _____, is sealed until further order of the Court.

Dated 21st October 2005.

_____
United States District Judge
United States Magistrate