```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3089 |
| v. | ) | |
| | ) | |
| KARL ANTONIO ROBINSON, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Defendant's motion to continue, filing 22, is granted and the change of plea hearing is continued to May 30, 2006 at 11:30 a.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

3. Defendant shall appear at the hearing.

DATED this 13th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge