IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3089 |
| | ) | |
| v. | ) | |
| | ) | |
| KARL ANTONIO ROBINSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The defendant's unopposed oral motion to continue the plea hearing is granted. The change of plea hearing is continued from May 30, 2006 to July 13, 2006 at 11:30 a.m.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

DATED this 26th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge