IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )
                                )        4:05CR3089
           v.                   )
                                )
KARL ANTONIO ROBINSON,          )
                                )             ORDER
                Defendant.      )
                                )

        Defendant's motion to continue, filing 27, refers to dates
in the past, and is clearly filed erroneously.


        IT IS THEREFORE ORDERED that the Clerk's Office shall strike
Document Number 27 from the record.  Defendant's attorney is
directed to refile the motion.

        DATED this 14th day of July, 2006.

                        BY THE COURT:


                        s/ David L. Piester
                        David L. Piester
                        United States Magistrate Judge