IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3089 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| KARL ANTONIO ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and with the agreement of counsel,

IT IS ORDERED that Defendant Robinson's sentencing is rescheduled to Tuesday, November 14, 2006, at 4:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

October 31, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge